IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2010 APR 23 PM 3:33

WILLIE L. NELOMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-022
)
AL ST. LAWRENCE CHATHAM COUNTY )
DETENTION CENTERS, CONNIE MILES, )
and PRISON HEALTH SERVICES, )
)
    Defendants. )
)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 11). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation and finds Defendant's objections to be without merit. Accordingly, the Court **ADOPTS** the Report and Recommendation as its Opinion. This case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 23RD day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA