IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIE L. NELOMS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV410-022
 )
AL ST. LAWRENCE; CHATHAM )
COUNTY DETENTION CENTER; )
CONNIE MILES; PRISON HEALTH )
SERVICES; )
 )
    Defendants. )
 )

## O R D E R

Before the Court is Plaintiff's Motion for Leave to Appeal. (Doc. 20.) After careful consideration, the Court can discern no grounds for relief. Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this 7th day of April 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA